IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        1:22-CV-02502-PAB-NRN

LACY BROWN, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.

ARCHULETA COUNTY, BOARD OF COUNTY COMMISSIONERS,
WARREN BROWN, IN HIS OFFICIAL CAPACITY AS ARCHULETA COUNTY COMMISSIONER
RONNIE MAEZ, IN HIS OFFICIAL CAPACITY AS ARCHULETA COUNTY COMMISSIONER
    Defendants.

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulated Motion for Dismissal filed by the parties and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that in light of the Stipulated Motion and statements contained therein, the above captioned case shall be dismissed, with prejudice, all parties to bear their own costs and attorney's fees. All proceedings and deadlines currently pending are hereby vacated and this case is deemed closed.

DONE this _____ day of _____, 2023.

BY THE COURT:

_____